Russell T. JACKSON,
Plaintiff–Appellant,

v.

Toni V. BAIR; Fred E. Jordan, Regional Administrator, Virginia Department of Corrections; E.C. Morris; Edward W. Murray; Allyn R. Sielaff, Defendants–Appellees.

No. 87–3827.

United States Court of Appeals,
Fourth Circuit.

Dec. 20, 1988.

ORDER

The panel opinion, *Jackson v. Bair*, 851 F.2d 714 (4 Cir.1988), having been withdrawn and the case reargued in banc, it is ORDERED

That the judgment of the district court is affirmed by an equally divided court.